## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**RUDOLFO VILLAREAL,**                                                                 **PLAINTIFF**
**Reg #24422-045**

**v.**                                         **Case No. 2:18-cv-00062-KGB-BD**

**GENE BEASLEY, et al.**                                                               **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day, it is considered, ordered, and adjudged that

this case is hereby dismissed.  The relief requested is denied.

So adjudged this 17th day of September 2019.

_____
Kristine G. Baker
United States District Judge